February 1, 2023

BANKRUPTCY # 22-13838-EEB

**Adversary case** # 23-01002

STATEMENT OF BRENDA GALLANT

RE: Adversary Proceeding

I swear the following to be true. The allegations of Ms. Susan Thrush are not a true accounting of events, however, I do not have the funds nor the health to pursue the Adversary Proceeding.

Due to the above I am not contesting the adversary proceeding.

Respectfully,

*[signature]*

Brenda Gallant

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 2/2/2023 5:27:10 PM

User Information

Brenda Gallant
300 E Fremont Place #101
Littleton
CO
80122

Mrsbgallant@gmail.com
303-842-2304